IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA												PLAINTIFF

v.					No. 2:20-cr-19-DPM

KEITH HALLIBURTON												DEFENDANT

ORDER

Motion, *Doc. 3*, granted. The Information against Keith Halliburton is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 December 2020